IN THE COURT OF CRIMINAL APPEALS


OF TEXAS


 




NO. PD-0727-11





DEAN EDWARD PATTON, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE SECOND COURT OF APPEALS

TARRANT COUNTY





Per curiam. Keasler and Hervey, JJ., dissent.


ORDER

 The petition for discretionary review violates Rules of Appellate Procedure 9.3(b) and
68.4(i), because the petition is not accompanied by 11 copies and it does not contain a copy
of the opinion of the court of appeals.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must be filed
in the COURT OF CRIMINAL APPEALS within thirty days after the date of this order.



Filed: June 29, 2011 

Do Not Publish